# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MARK TWAIN HEATON,**

    **Plaintiff,**

**v.**                                                                  **Case No: 5:22-cv-667-WFJ-PRL**

**BUREAU OF PRISONS and FCC COLEMAN,**

    **Defendants.**

_____

## ORDER

Plaintiff initiated this action on December 19, 2022, by filing a *pro se* Civil Rights Complaint (Doc. 1). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2023.

- 2 -

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party